IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00883-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PATRICIA FLEMING,
VAN EDEN CORPORATION,
LEE GLADDING, and
CAPITAL ONE BANK,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 2, 2015.**

      Plaintiff's Motion to Vacate Scheduling Order and Set Status Conference [filed July 2, 2015; docket #14] is **granted**. The Scheduling Conference currently set for July 28, 2015, at 9:45 a.m. is hereby **converted** to a Status Conference, to be held on the same date and time in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      The Plaintiff shall notify all parties who have not entered an appearance of this change.

      As a reminder, anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C. Colo. LCivR 83.2(b).