IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00883-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PATRICIA FLEMING,
VAN EDEN CORPORATION,
LEE GLADDING, and
CAPITAL ONE BANK,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2015.**

      Plaintiff's Motion to Attend Status Conference by Telephone [filed July 21, 2015; docket #17] is **granted**. Charles Butler may telephone my chambers at (303) 844-4507 to appear at the Status Conference set for July 28, 2015, at 9:45 a.m. Mr. Butler shall also contact any other Defendants who have appeared in this case to determine whether they intend to appear by telephone; if so, Mr. Butler shall arrange a conference call with such other Defendant(s) before calling chambers for the status conference.