IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00883-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICIA FLEMING,
VAN EDEN CORPORATION,
LEE GLADDING,
CAPITAL ONE BANK,
COLORADO DEPARTMENT OF REVENUE, and
CLEAR CREEK COUNTY, COLORADO,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2015.**

    Plaintiff's Motion to Attend Status Conference by Telephone [filed December 9, 2015; docket #162] is **granted**. Charles Butler may telephone my chambers at (303) 844-4507 to appear at the Status Conference set for December 17, 2015, at 10:15 a.m. Mr. Butler shall also contact any Defendants who have appeared in the case to determine whether they intend to appear by telephone; if so, Mr. Butler shall arrange a conference call with such other Defendant(s) before calling chambers for the Status Conference.